UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
 Victoria's Secret Direct,                         :
                         Plaintiff,                :
                  v.                               :   Court No.   06-00261
 United States,                                    :
                         Defendant.                :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 16.5 percent ad valorem,

    b. Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 16.5 percent ad valorem, or

Victoria's Secret Direct LLC v. United States, Court No. 06-00261

    c. Pullovers, knitted or crocheted, of man-made fibers, under HTSUS subheading 6110.30.30 at the rate of 32 percent ad valorem.

7. The subject merchandise is classifiable in one of the following provisions:

    a. Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem, or

    b. Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.2 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), aff'd. *Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style numbers, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

                                                           Respectfully submitted,

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 06-00261

                                                GRUNFELD, DESIDERIO, LEBOWITZ
                                                SILVERMAN & KLESTADT, LLP
                                                Attorneys for Plaintiff
                                                599 Lexington Avenue
                                                36th Floor
                                                New York, New York 10022
                                                Tel. (212) 557-4000

                                /s/    <u>Robert F. Seely</u>
                                                Robert B. Silverman
                                                Alan R. Klestadt

Dated:  New York, New York
             March 12, 2022

Victoria's Secret Direct LLC v. United States, Court No. 06-00261

# EXHIBIT 1

**Port:**  Los Angeles, CA (2704); Seattle, WA (3001); Chicago, IL (3901); Miami, FL (5201)

**Summons Filed:** 8/04/2006

*NOTE*:  Entries identified below with an asterisk (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-06-100035 | 442-1833253-2* | | | |
| 2704-06-100036 | 442-1833587-3* | | | |
| 2704-06-100037 | 442-1833586-5* | | | |
| 2704-06-100038 | 442-1833487-6 | 1 | 180883 | TANK TOP, RACERBACK WITH BUCKLE, SHELF BRA |
| 2704-06-100039 | 442-1833614-5* | | | |
| 2704-06-100040 | 442-1833628-5* | | | |
| 2704-06-100041 | 442-1833490-0* | | | |
| 2704-06-100042 | 442-1833276-3 | 1 | 181145 | TANK TOP, LACE TRIM AND STRAPS WITH SHELF BRA |
| 2704-06-100043 | 442-1833486-8 | 1 | 181147 | TANK TOP, LACE TRIM, SHELF BRA |
| 2704-06-100044 | 442-1833489-2 | 1 | 180871 | TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA |
| 2704-06-100045 | 442-1833644-2* | | | |
| 2704-06-100046 | 442-1833280-5* | | | |
| 2704-06-100047 | 442-1833294-6* | | | |
| 2704-06-100047 | 442-1833297-9* | | | |
| 3001-05-100355 | 442-4334698-6 | 1 | 175979 | PULLOVER, 3/4 SLEEVE LACE WITH SHELF BRA |
| 3001-05-100356 | 442-4334846-1* | | | |
| 3001-05-100356 | 442-4334846-1* | | | |
| 3001-05-100357 | 442-4335110-1* | | | |
| 3001-05-100358 | 442-4335114-3* | | | |
| 3001-05-100359 | 442-4335115-0* | | | |
| 3001-05-100360 | 442-4335119-2 | 1 | 182753 | PULLOVER, SS VEE NECK, SHELF BRA |
| 3001-05-100361 | 442-4335121-8* | | | |
| 3001-05-100362 | 442-4335112-7 | 1 | 180879 | PULLOVER, S/S VEE NECK, SHELF BRA |
| 3001-05-100362 | 442-4335122-6 | 1 | 180879 | PULLOVER, S/S VEE NECK, SHELF BRA |
| 3001-05-100486 | 442-4335343-8* | | | |
| 3001-05-100486 | 442-4336027-6* | | | |
| 3001-05-100487 | 442-4335608-4 | 1 | 175982 | PULLOVER, L/S OFF SHOULDER WITH SHELF BRA |
| 3001-05-100487 | 442-4335609-2 | 1 | 175982 | PULLOVER, L/S OFF SHOULDER WITH SHELF BRA |

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 06-00261

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3001-05-100488 | 442-4335340-4* | | | |
| 3001-05-100488 | 442-4335341-2* | | | |
| 3001-05-100488 | 442-4336030-0* | | | |
| 3001-05-100489 | 442-4335598-7* | | | |
| 3001-05-100489 | 442-4336809-7* | | | |
| 3001-05-100490 | 442-4335623-3* | | | |
| 3001-06-100017 | 442-4336222-3* | | | |
| 3001-06-100018 | 442-4336233-0* | | | |
| 3001-06-100019 | 442-4335599-5* | | | |
| 3001-06-100020 | 442-4335328-9* | | | |
| 3001-06-100021 | 442-4336417-9* | | | |
| 3001-06-100022 | 442-4336634-9* | | | |
| 3001-06-100023 | 442-4335325-5* | | | |
| 3001-06-100024 | 442-4336227-2* | | | |
| 3001-06-100025 | 442-4335324-8* | | | |
| 3001-06-100026 | 442-4335569-8* | | | |
| 3001-06-100027 | 442-4335346-1 | 1 | 181773 | TANK TOP, LACE UP STYLE WITH SHELF BRA |
| 3001-06-100028 | 442-4335570-6 | 1 | 180877 | TANK TOP, DOUBLE VEE WITH SHELF BRA |
| 3001-06-100029 | 442-4335329-7 | 1 | 180877 | TANK TOP, DOUBLE VEE WITH SHELF BRA |
| 3001-06-100030 | 442-4335602-7* | | | |
| 3001-06-100031 | 442-4335345-3 | 1 | 179079 | PULLOVER, VEE NECK LACE WITH SHELF BRA |
| 3001-06-100070 | 442-4337632-2* | | | |
| 3001-06-100071 | 442-4337631-4* | | | |
| 3001-06-100162 | 113-3073641-1* | | | |
| 3001-06-100162 | 113-3081390-5* | | | |
| 3001-06-100491 | 442-4335327-1 | 1 | 181770 | TANK TOP, OPEN LOOP TRIM, SHELF BRA |
| 3901-05-100998 | 233-3403321-6* | | | |
| 3901-05-100998 | 233-3404568-1* | | | |
| 3901-05-100998 | 233-3409267-5* | | | |
| 3901-05-100999 | 233-3393658-3 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA |
| 3901-05-100999 | 233-3405918-7 | 1 | 167266 | **PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton** |
| 3901-05-101000 | 233-3392397-9 | 1 | 175989 | PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA |
| 3901-05-101000 | 233-3400563-6 | 1 | 175989 | **PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA – of cotton** |
| 3901-05-101001 | 233-3409269-1* | | | |

5

Victoria's Secret Direct LLC v. United States, Court No. 06-00261

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3901-05-101001 | 233-3410323-3* | | | |
| 3901-05-101001 | 233-3414426-0* | | | |
| 3901-05-101001 | 233-3414430-2* | | | |
| 3901-05-101001 | 233-3420244-9* | | | |
| 3901-05-101002 | 233-3400566-9 | 1 | 180871 | **TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA – of cotton** |
| 3901-05-101002 | 233-3410319-1 | 1 | 180871 | **TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA – of cotton** |
| 3901-05-101002 | 233-3413202-6 | 1 | 180871 | **TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA – of cotton** |
| 3901-05-101008 | 233-3417342-6* | | | |
| 3901-05-101009 | 233-3400562-8 | 1 | 175979 | PULLOVER, 3/4 SLEEVE LACE WITH SHELF BRA |
| 3901-05-101010 | 233-3397517-7 | 1 | 180870 | PULLOVER, STRAPPY CAP SLEEVE, SHELF BRA |
| 3901-05-101011 | 233-3400564-4 | 1 | 180874 | TANK TOP, RACERBACK WITH SATIN TRIM, SHELF BRA |
| 3901-05-101012 | 233-3409266-7* | | | |
| 3901-05-101013 | 233-3397516-9* | | | |
| 3901-05-101214 | 233-3441189-1 | 1 | 175979 | **PULLOVER, 3/4 SLEEVE LACE WITH SHELF BRA – of man-made fibers** |
| 3901-05-101214 | 233-3460071-7 | 1 | 175979 | **PULLOVER, 3/4 SLEEVE LACE WITH SHELF BRA – 0f man-made fibers** |
| 3901-05-101215 | 233-3435788-8 | 1 | 180881 | TANK, COWL NECK RACER BACK W/ SHELF BRA |
| 3901-05-101215 | 233-3435797-9 | 1 | 180881 | TANK, COWL NECK RACER BACK W/ SHELF BRA |
| 3901-05-101215 | 233-3440164-5 | 1 | 180881 | **TANK, COWL NECK RACER BACK W/ SHELF BRA – of cotton** |
| 3901-05-101216 | 233-5465204-4 | 1 | 167266 | **PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton** |
| 3901-05-101217 | 233-5464144-3* | | | |
| 3901-05-101220 | 233-3443409-1 | 1 | 178430 | **PULLOVER, L/S V-NECK VELVET WITH SHELF BRA – of cotton** |
| 3901-05-101221 | 233-3460211-9* | | | |
| 3901-05-101222 | 233-3460070-9 | 1 | 175989 | **PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA – of cotton** |
| 3901-05-101223 | 233-3433065-3 | 1 | 175852 | **PULLOVER, L/S SQUARE NECK WITH SHELF BRA – of cotton** |
| 3901-05-101224 | 233-3444825-7 | 1 | 179079 | **PULLOVER, VEE NECK LACE WITH SHELF BRA – of cotton** |

6

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 06-00261

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3901-05-101225 | 233-3433050-5 | 1 | 180971 | TANK TOP, RACERBACK , SHELF BRA – of cotton |
| 3901-05-101226 | 233-3456995-3* | | | |
| 3901-05-101227 | 233-3461055-9* | | | |
| 3901-06-100224 | 233-5498172-4* | | | |
| 3901-06-100225 | 233-5494334-4* | | | |
| 3901-06-100226 | 233-5499388-5* | | | |
| 3901-06-100227 | 233-5501258-6* | | | |
| 3901-06-100228 | 233-5495309-5* | | | |
| 3901-06-100229 | 233-5496020-7 | 1 | 185599 | TANK TOP, LACE TRIM W/ SHELF BRA – of cotton |
| 3901-06-100230 | 233-5491856-9* | | | |
| 3901-06-100232 | 233-5472922-2* | | | |
| 3901-06-100233 | 233-5496019-9* | | | |
| 3901-06-100234 | 233-5472920-6* | | | |
| 3901-06-100235 | 233-5494476-3 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton |
| 3901-06-100236 | 233-5499385-1 | 1 | 169329 | TANK, ORGANZA TRIM W/ SHELF BRA – of cotton |
| 3901-06-100237 | 233-5475834-6* | | | |
| 3901-06-100238 | 233-5490695-2 | 1 | 181773 | TANK TOP, LACE UP STYLE WITH SHELF BRA – of cotton |
| 3901-06-100239 | 233-5472925-5* | | | |
| 3901-06-100240 | 233-5472924-8* | | | |
| 3901-06-100241 | 233-5481358-8* | | | |
| 3901-06-100245 | 233-5473625-0* | | | |
| 3901-06-100246 | 233-5503846-6* | | | |
| 3901-06-100247 | 233-5499306-7* | | | |
| 3901-06-100248 | 233-5502258-5* | | | |
| 3901-06-100248 | 233-5507833-0* | | | |
| 3901-06-100249 | 233-5483982-3* | | | |
| 3901-06-100249 | 233-5487305-3* | | | |
| 3901-06-100250 | 233-5472725-9* | | | |
| 3901-06-100250 | 233-5480940-4* | | | |
| 3901-06-100251 | 233-5472921-4* | | | |
| 3901-06-100251 | 233-5481363-8* | | | |
| 3901-06-100251 | 233-5490683-8* | | | |
| 3901-06-100251 | 233-5502246-0* | | | |
| 3901-06-100494 | 233-5517082-2* | | | |
| 3901-06-100494 | 233-5527024-2* | | | |
| 3901-06-100494 | 233-5531364-6* | | | |
| 3901-06-100495 | 233-5524646-5* | | | |

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 06-00261

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3901-06-100495 | 233-5549732-4* | | | |
| 3901-06-100497 | 233-5521441-4* | | | |
| 3901-06-100497 | 233-5530474-4* | | | |
| 3901-06-100498 | 233-5530530-3 | 1 | 182753 | **PULLOVER, SS VEE NECK, SHELF BRA – of man-made fibers** |
| 3901-06-100498 | 233-5531854-6 | 1 | 182753 | **PULLOVER, SS VEE NECK, SHELF BRA – of man-made fibers** |
| 3901-06-100499 | 233-5525955-9 | 1 | 180883 | **TANK TOP, RACERBACK WITH BUCKLE, SHELF BRA – of cotton** |
| 3901-06-100499 | 233-5545701-3 | 1 | 180883 | **TANK TOP, RACERBACK WITH BUCKLE, SHELF BRA – of cotton** |
| 3901-06-100500 | 233-5536900-2* | | | |
| 3901-06-100500 | 233-5541956-7* | | | |
| 3901-06-100501 | 233-5530482-7* | | | |
| 3901-06-100501 | 233-5536870-7* | | | |
| 3901-06-100501 | 233-5545321-0* | | | |
| 3901-06-100502 | 233-5510438-3* | | | |
| 3901-06-100502 | 233-5510819-4* | | | |
| 3901-06-100502 | 233-5517088-9* | | | |
| 3901-06-100502 | 233-5530418-1* | | | |
| 3901-06-100502 | 233-5530454-6* | | | |
| 3901-06-100502 | 233-5533627-4* | | | |
| 3901-06-100502 | 233-5546810-1* | | | |
| 3901-06-100503 | 233-5530624-4* | | | |
| 3901-06-100503 | 233-5544726-1* | | | |
| 3901-06-100503 | 233-5545696-5* | | | |
| 3901-06-100504 | 233-5530424-9* | | | |
| 3901-06-100504 | 233-5530445-4* | | | |
| 3901-06-100504 | 233-5531860-3* | | | |
| 3901-06-100504 | 233-5544729-5* | | | |
| 3901-06-100504 | 233-5545700-5* | | | |
| 3901-06-100505 | 233-5531872-8* | | | |
| 3901-06-100505 | 233-5546819-2* | | | |
| 3901-06-100506 | 233-5515082-4* | | | |
| 3901-06-100506 | 233-5517078-0* | | | |
| 3901-06-100506 | 233-5526248-8* | | | |
| 3901-06-100508 | 233-5535563-9* | | | |
| 3901-06-100509 | 233-5510425-0* | | | |
| 3901-06-100510 | 233-5527611-6* | | | |
| 3901-06-100511 | 233-5517090-5* | | | |
| 3901-06-100512 | 233-5517079-8* | | | |
| 3901-06-100513 | 233-5530436-3* | | | |

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 06-00261

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3901-06-100514 | 233-5544725-3* | | | |
| 3901-06-100515 | 233-5521485-1* | | | |
| 3901-06-100516 | 233-5507122-8* | | | |
| 3901-06-100517 | 233-5521495-0* | | | |
| 3901-06-100518 | 233-5541957-5* | | | |
| 3901-06-100519 | 233-5528626-3* | | | |
| 3901-06-100520 | 233-5538699-8* | | | |
| 3901-06-100522 | 233-5521499-2 | 1 | 180971 | TANK TOP, RACERBACK , SHELF BRA |
| 3901-06-100523 | 233-5544730-3 | 1 | 180879 | **PULLOVER, S/S VEE NECK, SHELF BRA of man-made fibers** |
| 3901-06-100524 | 233-5530609-5 | 1 | 180871 | **TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA – of cotton** |
| 3901-06-100525 | 233-5541734-8 | 1 | 175989 | **PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA – of cotton** |
| 3901-06-100526 | 233-5519382-4* | | | |
| 3901-06-100527 | 233-5517080-6 | 1 | 167266 | **PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton** |
| 3901-06-100530 | 233-5517089-7* | | | |
| 3901-06-100530 | 233-5522730-9* | | | |
| 3901-06-100531 | 233-5510431-8 | 1 | 169329 | **TANK, ORGANZA TRIM W/ SHELF BRA – of cotton** |
| 3901-06-100531 | 233-5530522-0 | 1 | 169329 | **TANK, ORGANZA TRIM W/ SHELF BRA – of cotton** |
| 3901-06-100531 | 233-5546801-0 | 1 | 169329 | **TANK, ORGANZA TRIM W/ SHELF BRA – of cotton** |
| 3901-06-100532 | 233-5522725-9* | | | |
| 3901-06-100532 | 233-5539688-0* | | | |
| 3901-06-100532 | 233-5543257-8* | | | |
| 3901-06-100532 | 233-5545922-5* | | | |
| 3901-06-100533 | 233-5510433-4* | | | |
| 3901-06-100533 | 233-5516411-4* | | | |
| 3901-06-100533 | 233-5519917-7* | | | |
| 3901-06-100534 | 233-5530429-8* | | | |
| 3901-06-100534 | 233-5544727-9* | | | |
| 5201-06-100050 | 442-7210138-5* | | | |

9

11503136_1